Case 7:19-cr-02094 Document 1 Filed on 10/02/19 in TXSD Page 1 of 2
AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

OCT - 2 2019

David J. Bradley, Clerk

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McAllen Division

UNITED STATES OF AMERICA
V.
**Alejandro Daniel CASTILLO**
YOB: 1995
COC: United States

**Chelsea Rae GARCIA**
YOB: 1997
COC: United States
Name and Address of Defendant

**CRIMINAL COMPLAINT**
Case Number: M-19-2345-M

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about __September 30, 2019__ in __STARR__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law and brought the alien for the purpose of commercial advantage or private gain,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) & 1324(a)(2)(B)(ii)__

Knowingly and willfully makes any materially false, fictitious, or fraudulent statement or representation
in violation of Title __18__ United States Code, Section(s) __1001(a)(2)__

I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

**See attachment**

Continued on the attached sheet and made a part of this complaint: [x] Yes [ ] No

Sworn to before me and subscribed in my presence,

Signature of Complainant
**Victor E. Reyna** CBPO - Enforcement
Printed Name of Complainant

Approved By: **Kristina Pekkala**
Approved Claire Nguyen, AUSA

**October 2, 2019** 4:37 a.m. at **McAllen, Texas**
Date                                                   City and State

**Peter E. Ormsby**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer                     Signature of Judicial Officer

**U.S. CUSTOMS AND BORDER PROTECTION**
**Department of Homeland Security**

**Port of Rio Grande City**

317 S Pete Diaz Ave

Rio Grande City, Texas 78582

# Attachment

The defendants, husband and wife and both United States citizen, attempted to bring illegally into the United States through the Rio Grande City Port of Entry an undocumented minor J.N.G.A (male, 4 years old), as a United States citizen. At vehicle primary, the defendants presented a City of McAllen, Texas Birth Certificate bearing the name J.A.T as proof.

Both defendants gave misleading statements or made false statements to Customs and Border Protection Officers by claiming that the birth certificate bearing the name J.A.T was their nephew and a United States citizen.

The defendants and child were referred to vehicle secondary due to J.N.G.A not being able to answer basic questions.

In secondary, upon further inspection, the defendants admitted that the child was in fact not a citizen of the United States. The defendants went on to say that they agreed to smuggle the child from Mexico to the United States for monetary gain. They further stated they picked up the United States Birth Certificate used as the child's at the H.E.B located in Rio Grande City from a female named "Lety". They later admitted to traveling to Camargo Tamaulipas to pick up the child at a store before attempting to smuggle the child into the United States.

The defendants stated they were going to turn the child over to a person at the Rio Grande City, TX, H.E.B and would be paid once the child was delivered.

The defendant's later acknowledged they were aware the Birth Certificate reflecting J.A.T did not belong to J.N.G.A.

Database queries revealed J.N.G.A did not have any legal status to enter the United States. Subject J.N.G.A was processed as an Unaccompanied minor.

*Vigilance   ★   Service   ★   Integrity*